1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

9
10
11

CHRISTIAN DIAZ,

        Petitioner,

    v.

DEBBIE ASUNCION, Warden,

        Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 18-9369-MCS (JEM)

ORDER ACCEPTING FINDINGS AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Petitioner has filed Objections, and the Court has reviewed <u>de novo</u> those portions of the Report and Recommendation to which Petitioner has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

     IT IS ORDERED that: (1) the First Amended Petition is denied; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED:  May 17, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE