JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN DIAZ, | Case No. CV 18-9369-MCS (JEM) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| DEBBIE ASUNCION, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: May 17, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE